UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMBER SHAH

    Plaintiff,

V.                                               CIVIL ACTION NO.
                                                  3:12-cv-01451-AWT

Premiere Credit of North America, LLC

    Defendant.                                        JANUARY 28, 2013

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Michael W. Kennedy stipulates that the claims in the above-entitled action shall be dismissed and without costs, subject to approval of the Court.

                                                               THE PLAINTIFF

                                                                BY/S/Michael W. Kennedy
                                                                Michael W. Kennedy, Esquire
                                                                The Kennedy Law Firm
                         `                                            1204 Main Street, Suite 176
                                                                 Branford, CT 06405
                                                                203-4814040
                                                                Fax: 443-440-6372
                                                                mwk550@yahoo.com

## *CERTIFICATION*

I hereby certify that on 1/28/13 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Michael W. Kennedy